TYLER v. SMITH.    (No. 916.)

(Court of Civil Appeals of Texas.   El Paso. June 15, 1916.)

APPEAL AND ERROR ⊂⇒627(3) — TRANSCRIPT OF RECORD—FAILURE TO FILE IN TIME.

Under Vernon's Sayles' Ann. Civ. St. 1914, art. 1608, providing for filing of transcript in Court of Civil Appeals within 90 days from the performance of appeal, providing for filing thereafter for good cause shown, and article 1610, providing that on failure to file transcript, upon the filing by the appellee of a certificate of affirmance, the Court of Appeals shall affirm judgment, unless good cause be shown why such transcript is not filed, where judgment was entered for appellee on December 16, 1915, motion for new trial was overruled on December 28th, and notice of appeal and appeal bond were filed January 18, 1916, but the transcript was not filed in the Court of Civil Appeals within 90 days, the judgment will be affirmed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2744–2747, 2749; Dec. Dig. ⊂⇒627(3).]

Appeal from District Court, Reeves County; S. J. Isaacks, Judge.

Action between J. L. Tyler and Brooke Smith. From the judgment, J. L. Tyler ap-

peals. On motion to affirm on certificate. Motion granted, and cause affirmed.

Culp & Culp, of Gainesville, and Jno. B. Howard, of Pecos, for appellant. Wilkinson & McGaugh, of Brownwood, for appellee.

HARPER, C. J. This is a motion to affirm on certificate. It shows that the term of the district court of Reeves county convened on the 19th day of November, 1915, and adjourned on the 29th day of December, 1915; that a judgment was entered in the cause in favor of appellee on the 16th day of December, 1915, for $2,572.41, and motion for new trial was overruled December 28, 1915, and appellant gave notice of appeal; that the appeal bond was filed January 18, 1916. The transcript was not filed in this court within 90 days, as provided by article 1608, Vernon's Sayles' Statutes of Texas, and, in accordance with article 1610 of said statutes, appellee moves this court to affirm.

The motion is granted, and cause affirmed.

---

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes